IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WHITNEI WILLIAMS                                                                                   PLAINTIFF

v.                                    No. 4:13CV00152 JLH

ARKANSAS DEPARTMENT OF
CORRECTION; and
WARDEN JOHN MAPLES, in his
individual capacity and in his official capacity                                     DEFENDANTS

### ORDER

On September 24, 2013, the Court entered an Order staying this action for a period of 60 days. The stay is lifted effective on the 61st day after September 24.

IT IS SO ORDERED this 7th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE