# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

WHITNEI WILLIAMS                                                                                     PLAINTIFF

v.                                       No. 4:13CV00152 JLH

ARKANSAS DEPARTMENT OF
CORRECTION; and
WARDEN JOHN MAPLES, in his
individual capacity and in his official capacity                                         DEFENDANTS

## ORDER

Whitnei Williams's second motion to amend is GRANTED. Document #22. Williams must file her third amended complaint within seven days from the entry of this Order. Defendants' motion to dismiss the second amended complaint is denied as moot. Document #17.

IT IS SO ORDERED this 14th day of January, 2014.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE