## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

WHITNEI WILLIAMS                                                                PLAINTIFF

v.                                           No. 4:13CV00152 JLH

ARKANSAS DEPARTMENT OF
CORRECTION; and
WARDEN JOHN MAPLES, in his
individual capacity and in his official capacity                      DEFENDANTS

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that

this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against

defendants be, and they are, hereby dismissed.

The Court retains complete jurisdiction for 90 days to vacate this Order and to reopen the

action if it is satisfactorily shown that settlement has not been completed and further litigation is

necessary.

IT IS SO ORDERED this 20th day of January, 2015.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE